# District Court Of Appeal Of The State Of Florida
## Fourth District

**AHMAD DASTJERDI,**
Appellant,

v.

**SIAVASH AMANISH,**
Appellee.

No. 4D16-2289

[September 6, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Acting Circuit Judge; L.T. Case No. 502003CA01277XXXXMB.

Alan P. Dagen of The Law Offices of Alan Dagen, P.A., Weston, for appellant.

Aram Caldarera Bloom of Shapiro, Blasi, Wasserman & Hermann, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***